SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA  93721
Telephone:  559.233.1000
Facsimile:  559.233.6044

Attorney for Defendant, NOE SANCHEZ QUINTERO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NUMBER:  1:07-cr-00234-OWW |
| --- | --- | --- |
| | ) | (1:07-MJ-00204-SMS) |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO |
| v. | ) | MODIFY PRETRIAL SERVICES |
| | ) | REPORT REGARDING PROPERTY |
| NOE SANCHEZ QUINTERO, | ) | BOND |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and the defendant by and through his attorney, that the Order of this court setting conditions for release of defendant on property bond be modified only to the extent of reducing the amount of bond required on real property owned by Francisco Sanchez-Quintero from $150,000 to $100,000. Good cause exists for said stipulation and order for the following reasons:

On September 18, 2007, Pretrial Services Officer, Jacob M. Scott transmitted to Counsel's office a Pretrial Services Report indicating a Total Equity Bond, secured in equity in property owned by Maria De Jesus Sanchez, and $150,000 property bond, secured by equity in property owned by Francisco Sanchez.

Upon receipt of the Appraisal/Comparative Market Analysis, it has been discovered that Francisco Sanchez has only $100,000 in equity available for the property bond.  However, Maria Sanchez has $210,000 equity available.

Defendant's counsel contacted Pretrial Services Officer Jacob M. Scott and Assistant United States Attorney Laurel J. Montoya and no objection was raised by either of them to this request.

Accordingly, defendant respectfully requests that the Pretrial Services Report be revised to reflect this information.

Dated: October 10, 2007          /s/   Salvatore Sciandra
                                 SALVATORE SCIANDRA
                                 Attorney for the Defendant,
                                 NOE SANCHEZ QUINTERO


Dated: October 10, 2007          /s/   Laurel J. Montoya
                                 LAUREL J. MONTOYA
                                 Assistant United States Attorney

## ORDER

**IT IS HEREBY ORDERED** that the Order of this court setting conditions for release of defendant, NOE SANCHEZ QUINTERO, on property bond be modified only to the extent of reducing the amount of bond required on real property owned by Francisco Sanchez-Quintero from $150,000 to $100,000.  FURTHER, that all other conditions of release remain the same .

IT IS SO ORDERED.

**Dated:   October 11, 2007**          /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE