MICHELE BECKWITH
Acting United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:07-CR-00234-JLT |
| Plaintiff, | MOTION TO DISMISS INDICTMENT [FED. R. CRIM. PROC. 48(a)] |
| v. | |
| NOE SANCHEZ QUINTERO, | |
| Defendants. | |

Comes now the United States, by and through its attorneys of record, MICHELE BECKWITH, Acting United States Attorney, and LAUREL J. MONTOYA, Assistant U.S. Attorney, and request leave of the Court to dismiss the Indictment in this case as to the above-named defendant in the interest of justice. This request is made because the defendant is a fugitive and has not been located by law enforcement in the period since the Indictment he failed to appear on or about March 31, 2008.

The government further requests that the arrest warrant for defendant QUINTERO be recalled by the Court.

Dated: June 23, 2025                                   MICHELE BECKWITH
                                                                        Acting United States Attorney

                                                              By:  /s/ LAUREL J. MONTOYA
                                                                        LAUREL J. MONTOYA
                                                                        Assistant United States Attorney

MOTION TO DISMISS INDICTMENT; ORDER                         1

**ORDER**

IT IS SO ORDERED that the Indictment be dismissed as to defendant QUINTERO, and that the arrest warrant be recalled.

IT IS SO ORDERED.

Dated:   **June 23, 2025**

_____
UNITED STATES DISTRICT JUDGE